**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: HYDE, ALLAN R § Case No. 08-70984
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

 BERNARD J. NATALE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $30,402.41    Assets Exempt: $13,692.41
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,416.48   Claims Discharged
                 Without Payment: $60,562.44

Total Expenses of Administration: $3,083.52

---

 3) Total gross receipts of $ 6,500.00 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,500.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $23,569.00 | $23,593.08 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,083.52 | 3,083.52 | 3,083.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 62,647.16 | 56,004.27 | 56,004.27 | 3,416.48 |
| **TOTAL DISBURSEMENTS** | $86,216.16 | $82,680.87 | $59,087.79 | $6,500.00 |

    4) This case was originally filed under Chapter 7 on April 01, 2008. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/23/2012          By: /s/BERNARD J. NATALE
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1940 Oldsmobile Coupe | 1129-000 | 2,700.00 |
| 1948 Chevy Truck | 1129-000 | 3,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | GMAC | 4110-000 | 23,569.00 | 23,593.08 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$23,569.00** | **$23,593.08** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 44.27 | 44.27 | 44.27 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,539.25 | 1,539.25 | 1,539.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,083.52 | $3,083.52 | $3,083.52 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA) | 7100-000 | 2,911.99 | N/A | N/A | 0.00 |
| 2 | Discover Bank/DFS Services LLC | 7100-000 | 3,359.55 | 4,021.35 | 4,021.35 | 245.32 |
| 4 | LVNV Funding LLC (Citibank) | 7100-000 | 18,514.01 | 18,514.01 | 18,514.01 | 1,129.43 |
| 5 -2 | LVNV Funding LLC (Wash Mutual) | 7100-000 | 5,807.58 | 5,901.09 | 5,901.09 | 359.99 |
| 6 | American Express Centurion Bank | 7100-000 | 2,666.25 | 2,897.07 | 2,897.07 | 176.73 |
| 7 | eCAST Settlement Corporation | 7100-000 | N/A | 1,940.87 | 1,940.87 | 118.40 |
| 8 | eCAST Settlement Corporation | 7100-000 | 1,194.32 | 1,312.37 | 1,312.37 | 80.06 |
| 9 | Roundup Funding, LLC | 7100-000 | 339.69 | 525.50 | 525.50 | 32.06 |
| 10 | Roundup Funding, LLC | 7100-000 | 3,652.96 | 4,914.99 | 4,914.99 | 299.83 |
| 11 | eCAST Settlement Corporation | 7100-000 | 3,914.49 | 4,048.17 | 4,048.17 | 246.95 |
| 12 | eCAST Settlement Corporation | 7100-000 | N/A | 1,674.01 | 1,674.01 | 102.12 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | eCAST Settlement Corporation | 7100-000 | 1,630.34 | 1,708.80 | 1,708.80 | 104.24 |
| 14 | eCAST Settlement Corporation | 7100-000 | 353.79 | 478.77 | 478.77 | 29.21 |
| 15 | eCAST Settlement Corporation | 7100-000 | 2,959.10 | 3,288.44 | 3,288.44 | 200.61 |
| 16 | Triad Financial Corporation | 7100-000 | 7,368.44 | 4,778.83 | 4,778.83 | 291.53 |
| NOTFILED | Bank of America | 7100-000 | 2,832.72 | N/A | N/A | 0.00 |
| NOTFILED | Lowe's | 7100-000 | 1,693.21 | N/A | N/A | 0.00 |
| NOTFILED | Sears Payments Department | 7100-000 | 1,705.21 | N/A | N/A | 0.00 |
| NOTFILED | Campos Chartered Law Firm | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 1,743.51 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $62,647.16 | $56,004.27 | $56,004.27 | $3,416.48 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-70984  
**Case Name:** HYDE, ALLAN R  

**Period Ending:** 07/23/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 10/03/11 (c)  
**§341(a) Meeting Date:** 11/10/11  
**Claims Bar Date:** 03/22/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account - Resource Bank, Sycamore, IL | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 2 | Household Goods and Furniture, Etc. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Postal Service Retirement Account | 6,792.41 | 0.00 | DA | 0.00 | FA |
| 5 | 2007 tax refund | 685.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2007 Chevy Silverado Truck | 20,125.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1940 Oldsmobile Coupe | 5,000.00 | 1,585.00 | | 2,700.00 | FA |
| 8 | 1948 Chevy Truck | 9,000.00 | 7,800.00 | | 3,800.00 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$44,402.41** | **$9,385.00** | | **$6,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE COMPROMISED AND SETTLED CONVERSION OF ASSETS BY DEBTOR DURING CHAPTER 13. COMPROMISE TO BE FILED JANUARY 2012.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012   **Current Projected Date Of Final Report (TFR):** May 8, 2012 (Actual)

Printed: 07/23/2012 03:56 PM    V.13.03

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-70984 | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|
| Case Name: | HYDE, ALLAN R | Bank Name: | The Bank of New York Mellon |
|  |  | Account: | 9200-******30-65 - Checking Account |
| Taxpayer ID #: | **-***5124 | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 07/23/12 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/19/12 |  | Allan R. Hyde | Payment on Compromise Re: 1940 & 1948 Vehicles |  | 6,500.00 |  | 6,500.00 |
|  | {8} |  | Payment on Compromise          3,800.00 | 1129-000 |  |  | 6,500.00 |
|  | {7} |  | Payment on Compromise          2,700.00 | 1129-000 |  |  | 6,500.00 |
| 01/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 6,475.00 |
| 02/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 6,450.00 |
| 03/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 6,425.00 |
| 04/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 6,400.00 |
| 06/11/12 | 1001 | BERNARD J. NATALE | Dividend paid 100.00% on $1,400.00, Trustee Compensation; Reference: | 2100-000 |  | 1,400.00 | 5,000.00 |
| 06/11/12 | 1002 | Discover Bank/DFS Services LLC | Distribution paid  6.10% on $4,021.35; Claim# 2; Filed: $4,021.35; Reference: 6253 | 7100-000 |  | 245.32 | 4,754.68 |
| 06/11/12 | 1003 | LVNV Funding LLC (Citibank) | Distribution paid  6.10% on $18,514.01; Claim# 4; Filed: $18,514.01; Reference: 3172 | 7100-000 |  | 1,129.43 | 3,625.25 |
| 06/11/12 | 1004 | LVNV Funding LLC (Wash Mutual) | Distribution paid  6.10% on $5,901.09; Claim# 5 -2; Filed: $5,901.09; Reference: 7668 | 7100-000 |  | 359.99 | 3,265.26 |
| 06/11/12 | 1005 | American Express Centurion Bank | Distribution paid  6.10% on $2,897.07; Claim# 6; Filed: $2,897.07; Reference: 2004 | 7100-000 |  | 176.73 | 3,088.53 |
| 06/11/12 | 1006 | eCAST Settlement Corporation | Distribution paid  6.10% on $1,940.87; Claim# 7; Filed: $1,940.87; Reference: 1208 | 7100-000 |  | 118.40 | 2,970.13 |
| 06/11/12 | 1007 | Triad Financial Corporation | Distribution paid  6.10% on $4,778.83; Claim# 16; Filed: $4,778.83; Reference: | 7100-000 |  | 291.53 | 2,678.60 |
| 06/11/12 | 1008 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP |  |  | 1,583.52 | 1,095.08 |
|  |  |  | Dividend paid 100.00%          1,539.25 on $1,539.25;  Claim# ATTY; Filed: $1,539.25 | 3110-000 |  |  | 1,095.08 |
|  |  |  | Dividend paid 100.00%          44.27 on $44.27;  Claim# EXP; Filed: $44.27 | 3120-000 |  |  | 1,095.08 |
| 06/11/12 | 1009 | eCAST Settlement Corporation | Combined Check for Claims#11,13 |  |  | 351.19 | 743.89 |
|  |  |  | Dividend paid  6.10% on         246.95 $4,048.17;  Claim# 11; Filed: $4,048.17; Reference: 8012 | 7100-000 |  |  | 743.89 |
|  |  |  | Dividend paid  6.10% on         104.24 $1,708.80;  Claim# 13; Filed: $1,708.80; | 7100-000 |  |  | 743.89 |

Subtotals :     $6,500.00     $5,756.11

{} Asset reference(s)

Printed: 07/23/2012 03:56 PM     V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-70984  
**Case Name:** HYDE, ALLAN R  

**Taxpayer ID #:** **-***5124  
**Period Ending:** 07/23/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-65 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: 7187 | | | | |
| 06/11/12 | 1010 | eCAST Settlement Corporation | Combined Check for Claims#8,12 | | | 182.18 | 561.71 |
| | | | Dividend paid 6.10% on 80.06<br>$1,312.37; Claim# 8;<br>Filed: $1,312.37;<br>Reference: 0137 BANK<br>OF AMERICA | 7100-000 | | | 561.71 |
| | | | Dividend paid 6.10% on 102.12<br>$1,674.01; Claim# 12;<br>Filed: $1,674.01;<br>Reference: 7189 BANK<br>OF AMERCA | 7100-000 | | | 561.71 |
| 06/11/12 | 1011 | eCAST Settlement Corporation | Combined Check for Claims#14,15 | | | 229.82 | 331.89 |
| | | | Dividend paid 6.10% on 29.21<br>$478.77; Claim# 14;<br>Filed: $478.77;<br>Reference: 1308 BANK<br>OF AMERICA | 7100-000 | | | 331.89 |
| | | | Dividend paid 6.10% on 200.61<br>$3,288.44; Claim# 15;<br>Filed: $3,288.44;<br>Reference: 2493 BANK<br>OF AMERICA | 7100-000 | | | 331.89 |
| 06/11/12 | 1012 | Roundup Funding, LLC | Combined Check for Claims#9,10 | | | 331.89 | 0.00 |
| | | | Dividend paid 6.10% on 32.06<br>$525.50; Claim# 9;<br>Filed: $525.50;<br>Reference: 8069 CHASE<br>BANK | 7100-000 | | | 0.00 |
| | | | Dividend paid 6.10% on 299.83<br>$4,914.99; Claim# 10;<br>Filed: $4,914.99;<br>Reference: 4658 CHASE<br>BANK | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,500.00 | 6,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,500.00 | 6,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,500.00** | **$6,500.00** | |

{} Asset reference(s)    Printed: 07/23/2012 03:56 PM    V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-70984 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | HYDE, ALLAN R | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******30-65 - Checking Account |
| Taxpayer ID #: | **-***5124 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 07/23/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   6,500.00
──────────
Net Estate :   $6,500.00

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | Checking # 9200-******30-65 | 6,500.00 | 6,500.00 | 0.00 |
| | | $6,500.00 | $6,500.00 | $0.00 |